UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. DWIGHT DONALD LEWIS   D/O/B 01/24/1971   SBI: 624388B**

## PETITION FOR WRIT OF HABEAS CORPUS

1. DWIGHT DONALD LEWIS, (D/O/B 01/24/1971) is now confined at the Passaic County Jail, 11 Sherrif's Plaza, Paterson, New Jersey.

2. Said individual will be required at Newark, New Jersey, before the U.S. Attorney's Office on Thursday, February 5th, 2009, at 10:00 a.m., for a **Proffer**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 21, 2009

BRIAN URBANO
ASSISTANT U.S. ATTORNEY

### ORDER

Let the Writ Issue.

DATED: January 26, 2009

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Passaic County Jail, Paterson, New Jersey

WE COMMAND YOU that you have the body of

**DWIGHT DONALD LEWIS**

now confined at the Passaic County Jail, be brought before the U. S. Attorney's Office, located at 970 Broad Street, Newark, New Jersey 07102, on February 5th, 2009, at 10:00 a.m., so that he may appear for a **Proffer** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: January 26, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk